UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 19-390 |
| v. | : | Hon. Susan D. Wigenton |
| WILLIAM PANZERA, THOMAS PADOVANO, BARTHOLOMEW PADOVANO, and SEAN TIGHE | : | **ORDER** |
| | : | |

This matter having come before the Court on the various pretrial motions of defendants William Panzera (Jeffrey G. Garrigan, Esq., appearing) (Dkt. 103), Thomas Padovano (Michael Baldassare, Esq. and Charles Kennedy, Esq., appearing) (Dkt. 104), and Sean Tighe (Paul Condon, Esq., appearing) (Dkt. 105); the Court having reviewed the defense submissions, the Government's opposition, and all attachments thereto; the Court having heard oral argument on the motions on October 2, 2023; the Government having acknowledged its continuing obligation to disclose any and all exculpatory and/or favorable information within its possession or under its exclusive control, and to preserve all notes and drafts of reports of law enforcement agents; for the reasons stated on the record; and for good cause shown,

IT IS ON this 31st day of October, 2023,

ORDERED that defendant William Panzera's motion for a hearing on the admissibility of the defendant's statements to law enforcement (Dkt. 103) is hereby **DENIED**; and it is further

ORDERED that defendant William Panzera's motion to compel the

Government to preserve all notes and drafts and provide the same to the defendant (Dkt. 103) is hereby **GRANTED** in part and **DENIED** in part, and the Government is hereby directed to preserve all notes and drafts, subject to *in camera* review by the Court; and it is further

ORDERED that defendant William Panzera's motion for early disclosure and a preliminary hearing on all prior bad acts evidence the Government seeks to introduce at trial (Dkt. 103) is hereby **DENIED**; and it is further

ORDERED that defendant William Panzera's motion for a <u>James</u> hearing on the admissibility of co-conspirator statements (Dkt. 103) is hereby **DENIED**; and it is further

ORDERED defendant William Panzera's motion for leave to join in motions filed by codefendants (Dkt. 103) is hereby **GRANTED**; and it is further

ORDERED defendant William Panzera's motion for leave to file additional motions as appropriate (Dkt. 103) is hereby **GRANTED**;

ORDERED defendant Thomas Padovano's motion for a bill of particulars (Dkt. 104) is hereby **DENIED**; and it is further

ORDERED defendant Thomas Padovano's motion to suppress the contents of cellular devices seized from Thomas Padovano (Dkt. 104) is hereby **DENIED**; and it is further

ORDERED defendant Thomas Padovano's motion for a hearing pursuant to Rule 104 of the Federal Rules of Evidence (Dkt. 104) is hereby **DENIED**; and it is further

ORDERED defendant Sean Tighe's motion for severance (Dkt. 105) is

hereby **DENIED**; and it is further

ORDERED defendant Sean Tighe's motion for an evidentiary hearing pursuant to Rule 104 of the Federal Rules of Evidence on the admissibility of Rule 404(b) evidence (Dkt. 105) is hereby **DENIED**; and it is further

ORDERED defendant Sean Tighe's motion to compel the Government to disclose any and all exculpatory and/or favorable information within its possession or under its exclusive control (Dkt. 105) is hereby **DENIED**; and it is further

ORDERED defendant Sean Tighe's motion for early disclosure of *Jenks* materials (Dkt. 105) is hereby **DENIED**; and it is further

ORDERED defendant Sean Tighe's motion for the retention of all rough notes taken or made by the Government agents (Dkt. 105) is hereby **DENIED**; and it is further

ORDERED defendant Sean Tighe's motion to compel the discovery and production of expert reports (Dkt. 105) is hereby **DENIED**; and it is further

ORDERED defendant Sean Tighe's motion to compel disclosure of coconspirator statements (Dkt. 105) is hereby **DENIED**; and it is further

ORDERED defendant Sean Tighe's motion for leave to file additional motions as appropriate (Dkt. 105) is hereby **GRANTED**.

_____
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE