

**BALDASSARE & MARA, LLC**

<u>**VIA ECF**</u>

November 14, 2023

Honorable Susan D. Wigenton,
 United States District Judge
District of New Jersey
MLK Building & U.S. Federal Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    <u>*United States v. Thomas Padovano*,
             Crim. No. 2:19-390</u>

Dear Judge Wigenton:

      This firm has a pending motion to be relieved as counsel for Defendant Thomas Padovano. Pursuant to the Court's instructions (ECF No. 117), this letter confirms that today my firm provided Your Honor's chambers with a copy of the *ex parte* Certification in support of that motion.

      We thank Your Honor for your time and attention to this matter.

                                                                 Respectfully,

                                                                 Michael Baldassare